UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-10811-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Tracking Order was served May 6, 2004 by hand upon the attorneys for the defendant Telecom Realty, LLC, William R. Moorman, Esq. and Brendan C. Recupero, Craig and Macauley, P.C., Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210.

Dated: May 6, 2004

Respectfully submitted,

CTC Litigation Trust

By its attorneys,

_____
William R. Baldiga (BBO #542125)
Robert L. Harris (BBO #644829)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
617-856-8200

#1274830 v\1 - baldigwr - rbny01!.doc - 24183/1

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET# **SUCV2004-01101-A**

RE:  CTC Litigation Trust v Telecom Realty LLC

TO: William R Baldiga, Esquire
   1 Financial Center, 18th Fl
   Brown Rudnick Berlack Israels LL
   Boston, MA 02111

### TRACKING ORDER - X TRACK

You are hereby notified that this case is on the **accelerated (X) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 06/10/2004 |
| Response to the complaint filed (also see MRCP 12) | 08/09/2004 |
| Firm trial date set | 09/08/2004 |
| Case disposed | 10/08/2004 |

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session A sitting in **CtRm 4 -12th fl., 90 Devonshire St., Boston at Suffolk Superior Court.**

Dated: 04/21/2004

Michael Joseph Donovan
Clerk of the Courts

BY: James P Kelly
Assistant Clerk

Location: CtRm 4 -12th fl., 90 Devonshire St., Boston
Telephone: 617-788-8107

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130