**CRAIG AND MACAULEY** | PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

*www.craigmacauley.com*

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210

TEL (617) 367-9500
FAX (617) 742-1788

May 18, 2004

**VIA HAND DELIVERY**

Clerk, Civil Business
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

   Re: CTC Litigation Trust v. Telecom Realty, LLC,
     <u>Civil Action No. 04-10811 GAO</u>

Dear Sir/Madam:

  Enclosed herewith and pursuant to Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts, please find the following documents in the above-referenced matter:

  1. An attested to and certified copy of the docket for *CTC Litigation Trust v. Telecom Realty LLC*, Suffolk Superior Civil Action No. 2004-01101 (the "Removed Action"); and

  2. An attested to and certified copies of all records, proceedings and docket entries filed with the state court in the Removed Action (collectively, the "Certified Docket").

  Please acknowledge receipt of the above documents by certifying the enclosed copy of the Certified Docket and returning it to me with the waiting messenger. Thank you.

              Very truly yours,

              Brendan C. Recupero

Enclosures
cc: William R. Baldiga, Esq.

MAS-20030912
leakes

05/17/2004
01:19 PM

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## SUCV2004-01101
## CTC Litigation Trust v Telecom Realty LLC

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 03/12/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 05/03/2004 | **Session** | A - Civil A | | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | | |
| **Lead Case** | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 06/10/2004 | **Answer** | 08/09/2004 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 09/08/2004 | **Disposition** | 10/08/2004 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
CTC Litigation Trust
Active 03/12/2004

**Private Counsel 542125**
William R Baldiga
1 Financial Center, 18th Fl
Brown Rudnick Berlack Israels LL
Boston, MA 02111
Phone: 617-856-8200
Fax: 617-856-8201
Active 03/12/2004 Notify

**Private Counsel 644829**
Robert L Harris
Brown Rudnick Berlack Israels LLP
1 Financial Center
Boston, MA 02111
Phone: 617-856-8200
Fax: 617-856-8201
Active 03/12/2004 Notify

**Private Counsel 641736**
Amanda Buck Varella
Brown Rudnick Berlack Israels LLP
1 Financial Center
17th Floor
Boston, MA 02111
Phone: 617-856-8200
Fax: 617-856-8201
Active 03/12/2004 Notify

**Defendant**
Telecom Realty LLC
Served: 03/25/2004
Served (answr pending) 03/29/2004

**Private Counsel 548593**
William R Moorman Jr
Craig & Macauley
600 Atlantic Avenue
29th floor
Boston, MA 02210
Phone: 617-367-9500
Fax: 617-742-1788
Active 05/03/2004 Notify

## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## SUCV2004-01101
## CTC Litigation Trust v Telecom Realty LLC

| | |
|---|---|
| | Private Counsel 645032<br>Brendan C Recupero<br>Craig & Macauley<br>600 Atlantic Avenue<br>Federal Reserve Plaza<br>Boston, MA 02210<br>Phone: 617-367-9500<br>Fax: 617-742-1788<br>Active 05/17/2004 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/12/2004 | 1.0 | Complaint |
| 03/12/2004 | | Origin 1, Type E99, Track X. |
| 03/12/2004 | 2.0 | Civil action cover sheet filed |
| 03/12/2004 | 3.0 | Emergency motion of plff for TRO (w/o opposition) |
| 03/29/2004 | 4.0 | SERVICE RETURNED: Telecom Realty LLC(Defendant) (in hand 3/25/04) |
| 04/01/2004 | 5.0 | Stipulated ORDER: Upon payment to the Clerk/Magistrate of the sum of $90.00 a preliminary injunction is ordered to issue, see order, to continue until further order of Court (Mitchell Sikora, Justice) (entered 3/24/04) |
| 04/01/2004 | | Order (P#5') adopted as a preliminary injunctive order of the Court enforceable under MRCP 65(b) and 65.3 (Mitchell J. Sikora, Justice) (entered 3/24/04)notice sent 3/29/04 |
| 04/28/2004 | | Certiffied copy of petition for remoal to U. S. Dist. Court of Deft. Telecom Realty, LLC, U. S. Dist.#(04-10811GAO). |
| 05/03/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON
6/17/04, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT