UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 22 P 2:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CTC LITIGATION TRUST, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TELECOM REALTY, LLC, )<br>)<br>Defendant )<br>) | CIVIL ACTION NO. 04-10811-GAO |

### JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Telecom Realty, LLC ("Telecom Realty"), hereby submit their Joint Statement and Proposed Pretrial Schedule pursuant to rule 16.1(D) of the Local Rules for the District of Massachusetts. For their Joint Statement and Proposed Pretrial Schedule, the parties state as follows:

I. **Proposed Pretrial Schedule**

   1.  Rule 26 Disclosures exchanged on or before November 15, 2004.

   3.  All fact discovery to be completed on or before May 15, 2005.

   4.  Plaintiff's expert report, if any, served on or before June 15, 2005. Defendant's expert report, if any, to be served on or before August 1, 2005.

   6.  Expert depositions, if any, completed on or before September 1, 2005.

   7.  Motions for summary judgment filed on or before October 1, 2005.

   8.  Pretrial conference and trial, if required, to be scheduled upon resolution of motions for summary judgment.

II. **Alternative Dispute Resolution ("ADR")**

Both parties are willing to participate in any of the ADR mechanisms set out in Rule 16.4 provided they can agree on a mutually acceptable mechanism for doing so.

III. **Consent to Magistrate**

The parties do not, at present, consent to trial before a Magistrate Judge.

IV. **Certification**

The parties will submit the certifications mandated by Local Rule 16.1(D)(3) at the time of the scheduling conference.

| | |
|---|---|
| **TELECOM REALTY, LLC** | **CTC LITIGATION TRUST** |
| By its attorney, | By its attorneys, |
| *[signature]* | *[signature]* |
| William R. Moorman, Jr. (BBO #548593) | William R. Baldiga (BBO #542125) |
| Brendan C. Recupero (BBO #645032) | Robert L. Harris (BBO #644829) |
| Craig and Macauley Professional Corporation | Brown Rudnick Berlack Israels LLP |
| Federal Reserve Plaza | One Financial Center |
| 600 Atlantic Avenue | Boston, MA 02111 |
| Boston, MA 02210 | (617) 856-8200 |

- and -

Thomas Hoffman, Esquire
Michael Tabb, Esquire
Green & Hoffman, P.C.
125 Summer Street, 14th floor
Boston, MA 02110

DATED: October 22, 2004

#1305846 v\1 - harrisrl - rzl$01!.doc☐ - 24183/1