UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>               Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>               Defendant. | Civil Action No. 04-10811 GAO |

### CERTIFICATION

Pursuant to Notice of Scheduling Conference issued by this Court on September 24, 2004 (the "Notice of Scheduling Conference"), the defendant, Telecom Realty, LLC ("Telecom Realty"), and its counsel, Craig and Macauley Professional Corporation ("C&M") hereby certify that they have conferred with the CTC Litigation Trust (the "Plaintiff") and the Plaintiff's counsel: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigations; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Dated this 16th day of October, 2004

                                              TELECOM REALTY, LLC

                                              By: _____
                                              Name: Thomas Fabbricatore
                                              Title: EVP, Transurban

                                              -- and --

CRAIG AND MACAULEY
 PROFESSIONAL CORPORATION

_____
William R. Moorman, Jr. (BBO# 548593)
Brendan C. Recupero (BBO# 645032)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500

2