UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>                      Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>                      Defendant. | Civil Action No. 04-10811 GAO |

**JOINT MOTION TO APPROVE AMENDED JOINT
STATEMENT AND PROPOSED PRETRIAL SCHEDULE**

Plaintiff, The CTC Litigation Trust (the "Trust"), and Defendant, Telecom Realty, LLC ("Telecom Realty"), hereby submit this Joint Motion to Approve Amended Joint Statement and Proposed Pretrial Schedule pursuant to rule 16.1(D) of the Local Rules for the District of Massachusetts. In support hereof, the parties state as follows:

### I.   FACTUAL BACKGROUND

1. Pursuant to CTC's plan of reorganization,[1] the Trust is authorized to, among other things, resolve, liquidate and realize upon certain assets as the successor to and representative of the CTC's bankruptcy estates. These assets include, without limitation, certain causes of action arising under Chapter 5 of the Bankruptcy Code.

---

[1] On October 3, 2002 (the "Petition Date"), CTC filed a voluntary petitions in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Trust was created pursuant to CTC's Second Amended Joint Plan of Reorganization (the "Plan"). The Plan was confirmed by an order of the Bankruptcy Court dated November 20, 2003, and became effective as of December 16, 2003.

2.	On or about March 12, 2004, the Trust filed its Verified Complaint against Telecom Realty in the Suffolk County Superior Court (the "State Court Action").  By the Verified Complaint, the Trust sought to avoid and recover certain sums of money and other assets allegedly transferred to Telecom Realty and relating to that certain Lease by and between Telecom Realty, as landlord, and CTC Communications Corp., ("CTC"), as tenant, dated as of May 22, 2000 as alleged fraudulent transfers pursuant to 11 U.S.C. §§ 548 and 550, and M.G.L. c. 109A.

3.	The State Court Action was subsequently removed to this Court by notice dated April 23, 2004.  Telecom Realty filed its Answer to the Verified Complaint on or around May 5, 2004.  Telecom Realty has commenced discovery in this action.

4.	On or around September 22, 2004, the Trust, Telecom Realty and CTC's Plan Representative entered into a certain Stipulation Regarding Adjudication of Telecom Realty Claim (the "Claim Stipulation") in connection with CTC's chapter 11 cases (the "Bankruptcy Case").  Pursuant to the Claim Stipulation, Telecom Realty agreed to adjudicate its proof of claim (No. 493) (the "Telecom Claim") filed in the Bankruptcy Case before this Court.

5.	On or around October 3, 2004, the Trust commenced an action against Telecom Realty in the United States Bankruptcy Court for the District of Delaware.  In this case, the Trust asserted claims to avoid and recover certain alleged transfers relating to the Lease as either preferences pursuant to 11 U.S.C.

§§ 547 and 550 or alleged fraudulent transfers pursuant to 11 U.S.C. §§ 548 and 550 (the "Preference Action"). On May 2, 2005, the Parties filed a Joint Motion to Transfer Venue to the United States District Court for the District of Massachusetts in the Preference Action. By order dated May 27, 2005, the Preference Action was transferred to the United States District Court for the District of Massachusetts. This Court has scheduled an initial pre-trial conference on July 7, 2005.

6. On June 15, 2005, the Parties filed a Joint Motion to Consolidate pursuant to which the Parties requested that this Court consolidate The CTC Litigation Trust v. Telecom Realty, LLC, Civil Action N. 05-CV-11129 (PBS) under The CTC Litigation Trust v. Telecom Realty, LLC, Civil Action No. 04-CV-10811 (GAO) (the "Consolidation Motion").

7. On August 12, 2005, this Court entered an order granting the Consolidation Motion.

## II.   Relief Requested

8. Due to the consolidation of the Preference Action with the action pending before this Court, the Parties seek to amend the Joint Statement and Proposed Pretrial Schedule submitted to this Court on October 27, 2004 (the "Pretrial Schedule") in order to provide sufficient time to pursue discovery on the recently consolidated proceedings.

9. Additionally, the proposed extended discovery schedule provides the Parties with additional time pursue informal discovery and continue

discussions regarding potential resolution of these cases without the need to incur additional fees and expenses in connection with formal discovery. Moreover, given the joint nature of the Consolidation Motion, the relief requested therein is without prejudice to the Parties.  As such, the Parties seek to amend the Pretrial schedule as follows:

### III.   Proposed Amended Pretrial Schedule

10. All fact discovery to be completed on or before November 15, 2005.

11. Plaintiff's expert report, if any, served on or before December 15, 2005.  Defendant's expert report, if any, to be served on or before February 1, 2005.

12. Expert depositions, if any, completed on or before March 1, 2005.

13. Motions for summary judgment filed on or before April 1, 2005.

14. Pretrial conference and trial, if required, to be scheduled upon resolution of motions for summary judgment.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the Trust and Telecom Realty respectfully request that this Court enter an order:

    (i)    Granting the Motion;

    (ii)    Approving the amended pretrial schedule; and

    (iii)    Granting such other and further relief as may be just and appropriate.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| TELECOM REALTY, LLC | CTC LITIGATION TRUST |
| By its attorneys, | By its attorneys, |
| /s/ Brendan C. Recupero<br>William R. Moorman, Jr. (BBO #548593)<br>Brendan C. Recupero (BBO #645032)<br>Craig and Macauley Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 | /s/ Robert L. Harris<br>William R. Baldiga (BBO #542125)<br>Robert L. Harris (BBO #644829)<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200 |

DATED: September 7, 2005