UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>　　　　　Defendant. | Civil Action No. 04-10811 GAO |

**MOTION TO EXTEND DEADLINE FOR
SUBMISSION OF EXPERT REPORT**
**[Expedited Determination Requested]**

　　1.　　Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion to Extend Deadline for Submission of Expert Report (the "Extension Motion"). Prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as assented to by the CTC Litigation Trust (the "Trust"). Counsel to the Trust orally agreed to the relief sought herein, but requested an opportunity to review a draft of the Extension Motion prior to its submission to the Court. Due to technical problems with counsel to Telecom Realty's telephone and internet access throughout the day on February 1, 2006 combined with counsel to the Trust being out of the office during the day, counsel to Telecom Realty has not been able to communicate with counsel to the Trust to obtain written or further confirmation of the Trust's assent to the Extension Motion. In support hereof, Telecom Realty states as follows:

　　2.　　On December 23, 2005, the Trust filed an Emergency Motion to Extend Deadline for Submission of Expert Report (the "Motion to Extend"). Pursuant to the

Trust's Motion to Extend, the Trust sought to extend the deadline for the submission of its expert report from December 15, 2005 to January 15, 2006.

3.  On January 6, 2006, Telecom Realty filed its Opposition to Emergency Motion to Extend Deadline for Submission of Expert Report (the "Opposition").

4.  The Trust subsequently delivered an expert report to Telecom Realty on January 17, 2006.

5.  This Court has not ruled on the Trust's Motion to Extend or Telecom Realty's Opposition, but has scheduled a status conference for the February 6, 2006.[1]

6.  Pursuant to the Joint Motion to Approve Amended Joint Statement and Proposed Pretrial Schedule adopted by an order of this Court dated September 12, 2005, Telecom Realty presently has until February 1, 2006 to submit an expert report.  Because of the uncertainty as to whether Telecom Realty will need to retain an expert, Telecom Realty respectfully requests that it be afforded forty-five (45) days from the date this Court enters an order on the Trust's Motion to Extend to submit any expert report.

---

[1] Due to scheduling conflicts, the Trust and Telecom Realty will be seeking a continued date for the status conference.

WHEREFORE, Telecom Realty requests that this Court enter an order:

(i) Granting this Motion; and

(ii) Granting such other and further relief as may be just and appropriate.

DATED: February 1, 2006

TELECOM REALTY, LLC

By its attorneys,

/s/ Brendan C. Recupero
William R. Moorman, Jr. (BBO#548593)
Brendan C. Recupero (BBO#645032)
Craig and Macauley
　　Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

<u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as set forth above.

/s/ Brendan C. Recupero

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2006, I caused copies of the foregoing *Motion to Extend Deadline for Submission of Expert Report [Expedited Determination Requested]* to be served by U.S. mail, postage prepaid, to the parties identified below.

/s/ Brendan C. Recupero

William R. Baldiga
Robert L. Harris
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110