UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>                        Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>                        Defendant. | Civil Action No. 04-10811 GAO |

**TELECOM REALTY, LLC'S MOTION FOR**
**<u>EXPEDITED DETERMINATION</u>**

      Defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion for Expedited Determination (the "Emergency Motion"), pursuant to which Telecom Realty seeks expedited determination of its Assented to Motion to Extend Deadline for Submission of Expert Report (the "Extension Motion"). In support hereof, Telecom Realty states as follows:

      1.      Pursuant to the Joint Motion to Approve Amended Joint Statement and Proposed Pretrial Schedule adopted by an order of this Court dated September 12, 2005, Telecom Realty presently has until February 1, 2006 to submit an expert report.

      2.      Because this Court has scheduled a status conference for February, 6, 2006,[1] and has not yet ruled on the CTC Litigation Trust's (the "Trust") Emergency Motion to Extend Deadline for Submission of Expert Report (the "Motion to Extend"), Telecom Realty cannot determine whether it should expend its limited resources on retaining an expert.

---

[1] Due to scheduling conflicts, the Trust and Telecom Realty will be seeking a continued date for the status conference.

3.  Contemporaneous with this Emergency Motion, Telecom Realty has filed the Extension Motion, pursuant to which Telecom Realty seeks an extension of the deadline for the submission of its expert report until a date that is forty-five (45) days after the Court rules on the Trust's Motion to Extend. The Trust has assented to the relief requested in Telecom Realty's Extension Motion.

WHEREFORE, Telecom Realty requests that this Court enter an order:

(i)  Granting this Emergency Motion and allowing Telecom Realty's Extension Motion; and

(ii) Granting such other and further relief as may be just and appropriate.

DATED: February 1, 2006                    TELECOM REALTY, LLC

By its attorneys,

/s/ Brendan C. Recupero
William R. Moorman, Jr. (BBO#548593)
Brendan C. Recupero (BBO#645032)
Craig and Macauley
    Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2006, I caused copies of the foregoing *Telecom Realty, LLC's Motion for Expedited Determination* to be served by U.S. mail, postage prepaid, to the parties identified below.

/s/ Brendan C. Recupero
Brendan C. Recupero

William R. Baldiga
Robert L. Harris
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110