## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br>　　　Plaintiff<br><br>vs.<br><br>TELECOM REALTY, LLC,<br>　　　Defendant | )<br>)<br>)<br>)<br>)　　Civil Action No.: 01-10811-GAO<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance on behalf of the plaintiff, CTC Litigation Trust, with regard to the matter referenced above.

Dated: February 2, 2006

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　　/s/ Michael Tabb
　　　　　　　　　　　　　　　　　　　Michael Tabb
　　　　　　　　　　　　　　　　　　　Greene & Hoffman, P.C.
　　　　　　　　　　　　　　　　　　　125 Summer Street, Suite 1410
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　617-261-0040
　　　　　　　　　　　　　　　　　　　617-261-3558 (fax)