UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br>    Plaintiff<br><br>vs.<br><br>TELECOM REALTY, LLC,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.: 01-10811-GAO

### NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance on behalf of the plaintiff, CTC Litigation Trust, with regard to the matter referenced above.

Dated: February 2, 2006

                                              Respectfully submitted,

By:   /s/ Thomas G. Hoffman
        Thomas G. Hoffman
        Greene & Hoffman, P.C.
        125 Summer Street, Suite 1410
        Boston, MA 02110
        617-261-0040
        617-261-3558 (fax)