UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>                      Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>                      Defendant. | Civil Action No. 04-10811 GAO |

**ASSENTED TO MOTION TO CONTINUE STATUS
CONFERENCE SCHEDULED FOR FEBRUARY 6, 2006**

      Defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files an Assented to Motion to Continue Status Conference Scheduled for February 6, 2006 (the "Motion"), pursuant to which Telecom Realty and the CTC Litigation Trust (the "Trust") seeks to continue the status conference presently scheduled in this case for February 6, 2006 at 2:00 p.m. until February 28, 2006 at 2:00 p.m.  In support hereof, Telecom Realty states as follows:

      1.      On January 23, 2006, this Court entered a Notice scheduling a status conference for February 6, 2006 at 2:00 p.m.

      2.      Counsel to Telecom Realty is unavailable on February 6, 2006 due to a prior scheduling conflict.  Counsel to Telecom Realty has contacted counsel to the Trust regarding a request to this Court to reschedule the status conference to a mutually agreeable date.

      3.      The Clerk of the Court has indicated that February 28, 2006 at 2:00 p.m. is available as a continued date for the status conference.

4.     As such, Telecom Realty respectfully requests that this Court continue the status conference presently scheduled for February 6, 2006 at 2:00 p.m. until February 28, 2006 at 2:00 p.m.

5.     The Trust has assented to this request.

WHEREFORE, Telecom Realty requests that this Court enter an order:

(i)    Granting this Motion and continuing the status conference to February 28, 2006 at 2:00 p.m.; and

(ii)   Granting such other and further relief as may be just and appropriate.

DATED: February 3, 2006                    TELECOM REALTY, LLC

By its attorneys,

/s/ Brendan C. Recupero
William R. Moorman, Jr. (BBO#548593)
Brendan C. Recupero (BBO#645032)
Craig and Macauley
    Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, I caused copies of the foregoing *Assented to Motion to Continue Status Conference Scheduled for February 6, 2006* to be served by U.S. mail, postage prepaid, to the parties identified below.

/s/ Brendan C. Recupero
Brendan C. Recupero

William R. Baldiga
Robert L. Harris
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110