UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>      Defendant. | Civil Action No. 04-10811 GAO |

**ASSENTED TO MOTION TO EXTEND DEADLINE FOR
SUBMISSION OF EXPERT REPORT AND RELATED DEADLINES**
**[Expedited Determination Requested]**

Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion to Extend Deadline for Submission of Expert Report and Related Deadlines (the "Extension Motion"). CTC Litigation Trust (the "Trust") assents to the relief sought herein. In support hereof, Telecom Realty states as follows:

  1.  Pursuant to this Court's order of February 28, 2006, Telecom Realty presently has until (a) May 1, 2006 to submit an expert report, (b) June 1, 2006 to complete expert depositions and (c) July 1, 2006 to file any motion for summary judgment.

  2.  Telecom Realty and the Trust are engaged in substantive settlement negotiations. Telecom Realty wishes to avoid the costs of hiring experts at this point in the negotiations because incurring such costs will have a substantial impact on any potential settlement. Accordingly, Telecom Realty moves this Court to extend the deadlines (a) for the submission of its expert report from May 1, 2006 to June 1, 2006, (b)

to complete expert depositions from June 1, 2006 to July 1, 2006 and (c) to file any motion for summary judgment from July 1, 2006 to August 1, 2006.

  WHEREFORE, Telecom Realty requests that this Court enter an order:

   (i) Granting this Motion; and

   (ii) Granting such other and further relief as may be just and appropriate.

DATED: April 21, 2006      TELECOM REALTY, LLC

            By its attorneys,

            /s/ Kathleen A. Rahbany
            William R. Moorman, Jr. (BBO#548593)
            Brendan C. Recupero (BBO#645032)
            Kathleen A. Rahbany (BBO# 654322)
            Craig and Macauley
              Professional Corporation
            Federal Reserve Plaza
            600 Atlantic Avenue
            Boston, MA 02210
            (617) 367-9500

ASSENTED TO:

CTC LITIGATION TRUST

By its attorneys,

/s/ Michael Tabb[1]
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110

---

[1] I, Kathleen A. Rahbany, assert that I have authority to consent on behalf of the other parties who are purported signatories to this document.

2

LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as set forth above.

/s/ Kathleen A. Rahbany

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I caused copies of the foregoing *Motion to Extend Deadline for Submission of Expert Report and Related Deadlines [Expedited Determination Requested]* to be served by U.S. mail, postage prepaid, to the parties identified below.

April 21, 2006                    /s/ Kathleen A. Rahbany
                                  Kathleen A. Rahbany

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110