UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CTC LITIGATION TRUST,

                Plaintiff,

                                     Civil Action No. 04-10811 GAO

v.

TELECOM REALTY, LLC,

                Defendant.

## TELECOM REALTY, LLC'S MOTION FOR
## EXPEDITED DETERMINATION

Defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion for

Expedited Determination (the "Emergency Motion"), pursuant to which Telecom Realty

seeks expedited determination of its Assented to Motion to Extend Deadline for

Submission of Expert Report and Related Deadlines (the "Extension Motion").  In

support hereof, Telecom Realty states as follows:

        1.      Pursuant to this Court's order of February 28, 2006, Telecom Realty

presently has until (a) May 1, 2006 to submit an expert report, (b) June 1, 2006 to

complete expert depositions and (c) July 1, 2006 to file any motion for summary

judgment.

        2.      Contemporaneous with this Emergency Motion, Telecom Realty has filed

the Extension Motion, pursuant to which Telecom Realty seeks an extension of the

deadlines (a) for the submission of its expert report from May 1, 2006 to June 1, 2006, (b)

to complete expert depositions from June 1, 2006 to July 1, 2006 and (c) to file any

motion for summary judgment from July 1, 2006 to August 1, 2006.

WHEREFORE, Telecom Realty requests that this Court enter an order:

    (i)    Granting this Emergency Motion and allowing Telecom Realty's Extension Motion; and

    (ii)    Granting such other and further relief as may be just and appropriate.

DATED: April 21, 2006                TELECOM REALTY, LLC

                                            By its attorneys,

                                            /s/ Kathleen A. Rahbany
                                            William R. Moorman, Jr. (BBO#548593)
                                            Brendan C. Recupero (BBO#645032)
                                            Kathleen A. Rahbany (BBO# 654322)
                                            Craig and Macauley
                                                Professional Corporation
                                            Federal Reserve Plaza
                                            600 Atlantic Avenue
                                            Boston, MA 02210
                                            (617) 367-9500

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2006, I caused copies of the foregoing *Telecom Realty, LLC's Motion for Expedited Determination* to be served by U.S. mail, postage prepaid, to the parties identified below.


April 21, 2006                                             /s/ Kathleen A. Rahbany
                                                           Kathleen A. Rahbany


Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110