UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CTC LITIGATION TRUST,

                    Plaintiff,

v.

TELECOM REALTY, LLC,

                    Defendant.

Civil Action No. 04-10811 GAO

**ASSENTED TO MOTION TO EXTEND DEADLINE FOR**
**<u>SUBMISSION OF EXPERT REPORT AND RELATED DEADLINES</u>**
**[Expedited Determination Requested]**

      Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, Telecom Realty,

LLC ("Telecom Realty"), hereby files its Motion to Extend Deadline for Submission of

Expert Report and Related Deadlines (the "Extension Motion").  CTC Litigation Trust

(the "Trust") assents to the relief sought herein.  In support hereof, Telecom Realty states

as follows:

      1.      Pursuant to this Court's order of April 27, 2006, Telecom Realty presently

has until (a) June 1, 2006 to submit an expert report, (b) July 1, 2006 to complete expert

depositions and (c) August 1, 2006 to file any motion for summary judgment.

      2.      Telecom Realty and the Trust are engaged in substantive settlement

negotiations.  Telecom Realty wishes to avoid the costs of hiring experts at this point in

the negotiations because incurring such costs will have a substantial impact on any

potential settlement.  Accordingly, Telecom Realty moves this Court to extend the

deadlines (a) for the submission of its expert report from June 1, 2006 to July 1, 2006, (b)

to complete expert depositions from July 1, 2006 to June 1, 2006 and (c) to file any

motion for summary judgment from August 1, 2006 to September 1, 2006.

WHEREFORE, Telecom Realty requests that this Court enter an order:

      (i)     Granting this Motion; and

      (ii)    Granting such other and further relief as may be just and

           appropriate.

DATED: May 30, 2006          TELECOM REALTY, LLC

                           By its attorneys,

                           /s/ Brendan C. Recupero
                           William R. Moorman, Jr. (BBO#548593)
                           Brendan C. Recupero (BBO#645032)
                           Kathleen A. Rahbany (BBO# 654322)
                           Craig and Macauley
                               Professional Corporation
                           Federal Reserve Plaza
                           600 Atlantic Avenue
                           Boston, MA 02210
                           (617) 367-9500

ASSENTED TO:

CTC LITIGATION TRUST

By its attorneys,

/s/ Michael Tabb[1]
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110

---

[1] I, Brendan C. Recupero, assert that I have authority to consent on behalf of the other parties who are purported signatories to this document.

LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as set forth above.

/s/ Brendan C. Recupero

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I caused copies of the foregoing *Motion to Extend Deadline for Submission of Expert Report and Related Deadlines [Expedited Determination Requested]* to be served by U.S. mail, postage prepaid, to the parties identified below.

May 30, 2006                                   /s/ Brendan C. Recupero

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110