UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 04-10811 GAO |

### ASSENTED TO MOTION TO EXTEND DEADLINE FOR
### SUBMISSION OF EXPERT REPORT AND RELATED DEADLINES
### [Expedited Determination Requested]

Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion to Extend Deadline for Submission of Expert Report and Related Deadlines (the "Extension Motion"). CTC Litigation Trust (the "Trust") assents to the relief sought herein. In support hereof, Telecom Realty states as follows:

　　　1.　　Pursuant to this Court's order of July 3, 2006, Telecom Realty presently has until (a) September 1, 2006 to submit an expert report, (b) October 1, 2006 to complete expert depositions and (c) November 1, 2006 to file any motion for summary judgment.

　　　2.　　Telecom Realty and the Trust are engaged in substantive settlement negotiations. Settlement discussions and the requisite approvals thereof have been delayed, however, due to bankruptcy-related approvals that have to be negotiated, settlement provisions related to third parties, and the various summer vacation schedules

of the parties and their respective counsel. Telecom Realty wishes to avoid the costs of hiring experts at this point in the negotiations because incurring such costs will have a substantial impact on any potential settlement. Accordingly, Telecom Realty moves this Court to extend the deadlines (a) for the submission of its expert report from September 1, 2006 to November 1, 2006, (b) to complete expert depositions from October 1, 2006 to December 1, 2006 and (c) to file any motion for summary judgment from November 1, 2006 to January 1, 2007.

WHEREFORE, Telecom Realty requests that this Court enter an order:

    (i)    Granting this Motion; and

    (ii)    Granting such other and further relief as may be just and appropriate.

DATED: August 17, 2006

TELECOM REALTY, LLC

By its attorneys,

/s/ Brendan C. Recupero
William R. Moorman, Jr. (BBO#548593)
Brendan C. Recupero (BBO#645032)
Kathleen A. Rahbany (BBO# 654322)
Craig and Macauley
    Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

ASSENTED TO:

CTC LITIGATION TRUST

By its attorneys,

/s/ Michael Tabb[1]
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110

---

[1] I, Brendan C. Recupero, assert that I have authority to consent on behalf of the other parties who are purported signatories to this document.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as set forth above.

/s/ Brendan C. Recupero

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I caused copies of the foregoing *Motion to Extend Deadline for Submission of Expert Report and Related Deadlines [Expedited Determination Requested]* to be served by U.S. mail, postage prepaid, to the parties identified below.

August 17, 2006                               /s/ Brendan C. Recupero

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110