UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 04-10811 GAO |

**ASSENTED TO MOTION TO EXTEND DEADLINE FOR
SUBMISSION OF EXPERT REPORT AND RELATED DEADLINES**
**[Expedited Determination Requested]**

　　　　Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion to Extend Deadline for Submission of Expert Report and Related Deadlines (the "Extension Motion").  CTC Litigation Trust (the "Trust") assents to the relief sought herein.  In support hereof, Telecom Realty states as follows:

　　　　1.　　Pursuant to this Court's order of August 21, 2006, Telecom Realty presently has until (a) November 1, 2006 to submit an expert report, (b) December 1, 2006 to complete expert depositions and (c) January 1, 2007 to file any motion for summary judgment.  Telecom Realty and the Trust are engaged in substantive settlement negotiations.  Settlement discussions and the requisite approvals thereof have been delayed, however, due to bankruptcy-related approvals that have to be negotiated and settlement provisions related to third parties.  Telecom Realty wishes to avoid the costs of hiring experts at this point in the negotiations because incurring such costs will have a substantial impact on any potential settlement.  Accordingly, Telecom Realty moves this

Court to extend the deadlines (a) for the submission of its expert report from November 1, 2006 to January 1, 2007, (b) to complete expert depositions from December 1, 2006 to February 1, 2007 and (c) to file any motion for summary judgment from January 1, 2007 to March 1, 2007.

WHEREFORE, Telecom Realty requests that this Court enter an order:

(i) Granting this Motion; and

(ii) Granting such other and further relief as may be just and appropriate.

DATED: October 24, 2006               TELECOM REALTY, LLC

                                      By its attorneys,

                                      /s/ Brendan C. Recupero
                                      William R. Moorman, Jr. (BBO#548593)
                                      Brendan C. Recupero (BBO#645032)
                                      Kathleen A. Rahbany (BBO# 654322)
                                      Craig and Macauley
                                          Professional Corporation
                                      Federal Reserve Plaza
                                      600 Atlantic Avenue
                                      Boston, MA 02210
                                      (617) 367-9500

ASSENTED TO:

CTC LITIGATION TRUST

By its attorneys,

/s/ Michael Tabb[1]
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110

---

[1] I, Brendan C. Recupero, assert that I have authority to consent on behalf of the other parties who are purported signatories to this document.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as set forth above.

/s Brendan C. Recupero

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I caused copies of the foregoing *Motion to Extend Deadline for Submission of Expert Report and Related Deadlines [Expedited Determination Requested]* to be served by U.S. mail, postage prepaid, to the parties identified below.

October 24, 2006                                                              /s/ Brendan C. Recupero

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110