UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>               Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>               Defendant. | Civil Action No. 04-10811 GAO |

**EIGHTH ASSENTED TO MOTION TO EXTEND DEADLINE FOR
SUBMISSION OF EXPERT REPORT AND RELATED DEADLINES**
[Expedited Determination Requested]

Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files this Eighth Assented to Motion to Extend Deadline for Submission of Expert Report and Related Deadlines (the "Extension Motion"). CTC Litigation Trust (the "Trust") assents to the relief sought herein. In support hereof, Telecom Realty states as follows:

1.      Pursuant to this Court's order of December 21, 2006, Telecom Realty presently has until (a) March 1, 2007 to submit an expert report, (b) April 1, 2007 to complete expert depositions and (c) May 1, 2007 to file any motion for summary judgment. Telecom Realty and the Trust have entered into a settlement agreement which is subject to the review and approval of the Bankruptcy Court. Pending the Bankruptcy Court's review of the settlement, Telecom Realty seeks to further extend the deadline for submitting an expert report and other related deadlines. Telecom Realty wishes to avoid the costs of hiring experts at this point given the pending review of the proposed settlement by the Bankruptcy Court. Accordingly, Telecom Realty moves this Court to

extend the deadlines (a) for the submission of its expert report from March 1, 2007 to May 1, 2007, (b) to complete expert depositions from April 1, 2007 to June 1, 2007 and (c) to file any motion for summary judgment from May 1, 2007 to July 1, 2007.

    WHEREFORE, Telecom Realty requests that this Court enter an order:

    (i)    Granting this Motion; and

    (ii)    Granting such other and further relief as may be just and appropriate.

DATED: February 28, 2007

TELECOM REALTY, LLC

By its attorneys,

/s/ Brendan C. Recupero
William R. Moorman, Jr. (BBO#548593)
Brendan C. Recupero (BBO#645032)
Kathleen A. Rahbany (BBO# 654322)
Craig and Macauley
    Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

ASSENTED TO:

CTC LITIGATION TRUST

By its attorneys,

/s/ Michael Tabb[1]
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110

---

[1] I, Brendan C. Recupero, assert that I have authority to consent on behalf of the other parties who are purported signatories to this document.

LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to the filing of this Extension Motion, the parties conferred regarding submission of this Extension Motion as set forth above.

/s/ Brendan C. Recupero

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I caused copies of the foregoing *Eighth Assented to Motion to Extend Deadline for Submission of Expert Report and Related Deadlines [Expedited Determination Requested]* to be served by U.S. mail, postage prepaid, to the parties identified below.

/s/ Brendan C. Recupero

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110