UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CTC LITIGATION TRUST,<br><br>               Plaintiff,<br><br>v.<br><br>TELECOM REALTY, LLC,<br><br>               Defendant. | Civil Action No. 04-10811 GAO |

**TELECOM REALTY, LLC'S MOTION FOR**
**<u>EXPEDITED DETERMINATION</u>**

      Defendant, Telecom Realty, LLC ("Telecom Realty"), hereby files its Motion for Expedited Determination (the "Emergency Motion"), pursuant to which Telecom Realty seeks expedited determination of its Assented to Motion to Extend Deadline for Submission of Expert Report and Related Deadlines (the "Extension Motion"). In support hereof, Telecom Realty states as follows:

      1.      Pursuant to this Court's order of December 21, 2006, Telecom Realty presently has until (a) March 1, 2007 to submit an expert report, (b) April 1, 2007 to complete expert depositions and (c) May 1, 2007 to file any motion for summary judgment.

      2.      Contemporaneous with this Emergency Motion, Telecom Realty has filed the Extension Motion, pursuant to which Telecom Realty seeks an extension of the deadlines (a) for the submission of its expert report from March 1, 2007 to May 1, 2007, (b) to complete expert depositions from April 1, 2007 to June 1, 2007 and (c) to file any motion for summary judgment from May 1, 2007 to July 1, 2007.

WHEREFORE, Telecom Realty requests that this Court enter an order:

(i) Granting this Emergency Motion and allowing Telecom Realty's Extension Motion; and

(ii) Granting such other and further relief as may be just and appropriate.

DATED: February 28, 2007                TELECOM REALTY, LLC

By its attorneys,

/s/ Brendan C. Recupero
William R. Moorman, Jr. (BBO#548593)
Brendan C. Recupero (BBO#645032)
Kathleen A. Rahbany (BBO# 654322)
Craig and Macauley
    Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I caused copies of the foregoing *Telecom Realty, LLC's Motion for Expedited Determination* to be served by U.S. mail, postage prepaid, to the parties identified below.

/s/ Brendan C. Recupero

Thomas Hoffman
Michael Tabb
Greene & Hoffman P.C.
125 Summer Street, 14th Floor
Boston, MA 02110