UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CTC LITIGATION TRUST,<br>    Plaintiff<br><br>vs.<br><br>TELECOM REALTY, LLC,<br>    Defendant | )<br>)<br>)<br>)<br>)    Civil Action No.: 04-10811-GAO<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) all parties stipulate to a voluntary dismissal of all counts and claims in the above captioned action with prejudice, with all parties to bear their own costs and attorneys fees.

                                                                           Respectfully submitted,

| **CTC Litigation Trust**, | **Telecom Realty, LLC** |
|---|---|
| By Its Attorneys | By Its Attorneys |
|  |  |
| /s/ Michael Tabb | /s/ William R. Moorman, Jr. |
| Thomas G. Hoffman (BBO # 237320) | William R. Moorman, Jr. (BBO#548593) |
| Michael Tabb  ( BBO # 491310) | Craig & Macauley, P.C. |
| Greene & Hoffman, P.C. | Federal Reserve Plaza |
| 125 Summer Street, Suite 1410 | 600 Atlantic Avenue |
| Boston, MA 02110 | Boston, MA 02210 |
| 617-261-0040 | 617-367-9500 |
| 617-261-3558 (fax) | 617-742-1788 (fax) |

Dated: May 4, 2007